# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL ACTION NO. 2:14-CV-48

| | |
|---|---|
| LISA KISSELBERG, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ACTING ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

The parties have filed a consent motion to remand this case. (Doc. 13). Accordingly, the case is remanded for further administrative proceedings and development pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Signed: July 24, 2015

Richard L. Voorhees
United States District Judge