# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Lisa G. Kisselburg , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 2:14-cv-00048 |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 24, 2015 Order.

July 24, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court